**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05185

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kevin Krueger and Luz E. Cardenas<br>　　　　Debtors.<br>_____<br>Desert Schools Federal Credit Union<br>　　　　Movant,<br>　vs.<br><br>Kevin Krueger and Luz E. Cardenas, Debtors,<br>Constantino Flores, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-16056-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #23) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 20, 2006 and recorded in the office of the Maricopa County Recorder wherein Desert Schools Federal Credit Union is the current beneficiary and Kevin Krueger and Luz E. Cardenas have an interest in, further described as:

> Apartment Unit No. 35, Patio No. 35, Bristol Court Condominium Number One Amended, according to Book 111 of Maps, Page 2, records of Maricopa County, Arizona.
>
> Together with:
>
> A) An undivided 1/46th interest in and to the land described on the plat of Bristol Court Condominium Number One Amended in Book 111 of Maps, Page 2, records of Maricopa County, Arizona. Except that part included within Apartment Unit and Patio Unit No. 1 to 34, inclusive and 36 to 46, inclusive;
>
> B) An undivided 1/46th interest in and to the General Common Elements as set forth in Amended and Supplemented Declaration of Covenants, Conditions and Restrictions recorded August 6, 1965 in Docket 5668, page 128 and Second Amended and Supplemented Declaration of Covenants, Conditions and Restrictions recorded April 1, 1966 in Docket 5985, page 120 and Third Amended and Supplemented Declaration of Covenants, Conditions and Restrictions recorded in Docket 6744, page 332.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.